IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lisa Boxton, | ) | C/A No.: 3:19-2699-JMC-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Robert Wilkie, Secretary of Veteran Affairs, | ) ) ) | |
| Defendant. | ) ) ) | |

Plaintiff, proceeding pro se, brought this action claiming employment discrimination. [ECF No. 1]. On December 21, 2020, Defendant filed a motion to dismiss. [ECF No. 37]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of the motion and of the need for her to file an adequate response by January 21, 2021. [ECF No. 38]. Plaintiff was specifically advised that if she failed to respond adequately, the motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Defendant's motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether she wishes to continue with this case and to file a response to the motion to dismiss by February 8, 2021. Plaintiff is further advised that

if she fails to respond, the undersigned will recommend that this action be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

January 25, 2021                                  Shiva V. Hodges
Columbia, South Carolina                United States Magistrate Judge