AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Lisa Boxton
*Plaintiff*
v.                                    Civil Action No.    3:19-02699-JMC

Robert Wilkie, Acting Secretary General
of the Department of Veterans' Affairs,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendant and the Amended Complaint is dismissed with prejudice.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having adopted the Report and Recommendation of Magistrate Judge Shiva V. Hodges which recommends dismissal.

Date: September 14, 2021

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*